IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LAMARR D. WILLIAMS : CIVIL ACTION
:
v. :
:
ANDREW SAUL[1] : NO. 18-4180

O R D E R

AND NOW, this 3rd day of October, 2019, for the reasons expressed in the Court's Opinion filed today, it is HEREBY:

ORDERED that Williams' Request for Review is GRANTED IN PART, and the matter REMANDED to the agency for the taking of evidence from a psychiatric medical expert.

The Clerk of Court is directed to mark this matter as CLOSED.

BY THE COURT:

/s/Jacob P. Hart
_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. Pr. 25(d); and see 42 USC §405(g) ("Any action instituted in accordance with this subsection shall survive notwithstanding any change in the person occupying the office of Commissioner of Social Security … .").